

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | § | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-11-00338-CR |
| Appellant, | § | Appeal from |
| v. | § | County Criminal Court No. 3 |
| JUAN LOERA, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 20100C02109) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and remand the cause to the trial court for further proceedings consistent with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.